IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| WILLIAM D. HAMBY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 16-2612-JDT-tmp |
| | ) |
| SHAWN PHILLIPS, ET AL., | ) |
| | ) |
| Defendants. | ) |

ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

On July 25, 2016, the *pro se* prisoner Plaintiff, William D. Hamby, Jr., filed a complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The Court subsequently determined that venue was not proper in this district and transferred the case to the U.S. District Court for the Eastern District of Tennessee. (ECF No. 11 at 4-5.) However, this Court received a few documents from Plaintiff even after the case was transferred. (*See* ECF Nos. 12, 13 & 14.) On September 23, 2016, the Court received Plaintiff's motion for preliminary injunction. (ECF No. 16.)

Plaintiff's motion for injunctive relief is DENIED as moot. The Eastern District of Tennessee dismissed Plaintiff's complaint on November 16, 2016. *Hamby v. Phillips*, No. 3:16-CV-568-TWP-CCS (E.D. Tenn. Nov. 16, 2016) (dismissed pursuant to Fed. R. Civ. P. 41(b)).

IT IS SO ORDERED.

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE